# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br><br>KELVIN KEITH<br><br>Debtor(s) | Chapter 13.<br>Case No.<br>13-13976-MSH |

## TRUSTEE'S REPORT AND ACCOUNT AND
## NOTICE OF DEADLINE FOR OBJECTIONS

**PLEASE TAKE NOTICE** that the Chapter 13 Trustee has filed the attached Report and Account with the Court. Any objection to the Report and Account must be filed with the United States Bankruptcy Court and a copy served upon the Chapter 13 Trustee within 30 days of the date of service. In the absence of a timely objection, the Court may approve the Report and Account without a hearing.

**Carolyn A. Bankowski**
**Chapter 13 Trustee**

**By: /s/ Carolyn A. Bankowski**

**Office of the Chapter 13 Trustee**
**P.O. Box 8250**
**Boston, MA 02114-0033**
**(617) 723-1313**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the within Trustee's Report and Account and Notice of Deadline for Objections was served upon the Debtor, Debtor's counsel of record and those parties listed on the attached mailing matrix by first-class mail, postage prepaid.

**Dated : September 17, 2018**                         /s/ Carolyn A. Bankowski
                                                       **Carolyn A. Bankowski, Esq**

# United States Bankruptcy Court

For The
Dist of Massachusetts, Boston Div

KELVIN KEITH  
34 MOUNT EVERETT STREET  
UNIT 3  
DORCHESTER, MA 02125

Case No.: 13-13976-MSH  
SS #1: XXX-XX-6029

## TRUSTEE REPORT AND ACCOUNT

| | MO. | DAY | YR. |
|---|---|---|---|
| This case was commenced on | 06 | 30 | 13 |
| The Plan was confirmed on | 08 | 01 | 13 |
| The Case was concluded on | 08 | 03 | 18 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.       $ 11,401.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE OR DISCHARGE AMOUNT |
|---|---|---|---|---|---|---|
| SALLIE MAE INC. OBO USAF | 001 | Unsecured | 25,288.75 | 495.45 | 0.00 | 24,793.30 |
| CAPITAL ONE BANK USA | 002 | Unsecured | 1,887.38 | 35.22 | 0.00 | 1,852.16 |
| CITY OF BOSTON COLLECTOR- | 003 | Priority | 118.17 | 118.17 | 0.00 | 0.00 |
| CITY OF BOSTON TREASURY D | 004 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | 005 | Unsecured | 4,372.50 | 81.56 | 0.00 | 4,290.94 |
| QUANTUM3 GROUP LLC AS AGE | 006 | Unsecured | 13,038.87 | 255.46 | 0.00 | 12,783.41 |
| US BANK TRUST NATIONAL | 007 | Secured | 5,134.86 | 5,134.86 | 0.00 | 0.00 |
| AMERICAN EXPRESS | 008 | Unsecured | 9,711.71 | 181.15 | 0.00 | 9,530.56 |
| 34 MOUNT EVERETT ST.CONDO | 009 | Secured | 2,329.49 | 2,329.49 | 0.00 | 0.00 |
| U.S. DEPARTMENT OF EDUCAT | 010 | Unsecured | 4,660.85 | 86.94 | 0.00 | 4,573.91 |
| EMCC, INC ASSIGNEE OF BES | 011 | Ignore | 0.00 | 0.00 | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | 012 | Ignore | 0.00 | 0.00 | 0.00 | 0.00 |
| RGR PROPERTY MANAGEMENT | 013 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| DELL FINANCIAL SERVICES | 014 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| GEMB/WHITEHALL | 015 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| GE CAPITAL CORP | 016 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| CITIMORTGAGE, INC. | 017 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| SN SERVICING CORP. | 018 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK TRUST NATIONAL AS | 019 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |

# United States Bankruptcy Court

For The
Dist of Massachusetts, Boston Div

KELVIN KEITH  
34 MOUNT EVERETT STREET  
UNIT 3  
DORCHESTER, MA 02125

Case No.: 13-13976-MSH  
SS #1: XXX-XX-6029

## TRUSTEE REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. |
|---|---|---|---|
| | 06 | 30 | 13 |

| The Plan was confirmed on | MO. | DAY | YR. |
|---|---|---|---|
| | 08 | 01 | 13 |

| The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|
| | 08 | 03 | 18 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.                $ 11,401.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE OR DISCHARGE AMOUNT |
|---|---|---|---|---|---|---|
| KELVIN KEITH | 999 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 7,464.35 | 118.17 | 58,960.06 | 0.00 | 0.00 | 66,542.58 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 7,464.35 | 118.17 | 1,135.78 | 0.00 | 0.00 | 8,718.30 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,718.30 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| RICHARD D. SMELOFF, ESQ | 2,000.00 | 2,000.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE ADMINISTRATIVE CHARGES | | OTHER COSTS | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 682.70 | 0.00 | 0.00 | 682.70 |

The above captioned debtors(s) have fully complied with the payment obligations pursuant to the Order confirming the Plan. **For cases filed on or after October 17, 2005, the debtor(s) must file a Motion for Entry of Discharge in compliance with MLBR, Appendix 1, Section13-22 in order to be eligible for a Discharge pursuant to 11 U.S.C. Section 1328.** The Trustee will submit a statement to the Court at the time all checks have cleared at which time the Trustee will request a discharge of duties and that a Final Decree be entered at that time.

/s/Carolyn A. Bankowski

Carolyn A. Bankowski, Chapter 13 Trustee

1313976
KELVIN KEITH
34 MOUNT EVERETT STREET UNIT 3 DORCHESTER, MA 02125

1313976 9 799
RICHARD D. SMELOFF, ESQ
SMELOFF & ASSOCIATES 500 GRANITE AVE., SUITE 7 & 8 MILTON, MA 02186

1313976 3 001
SALLIE MAE INC. OBO USAF
BANKRUPTCY LITIGATION UNIT E3149 P.O. BOX 9430 WILKES-BARRE, PA 18773-9430

1313976 3 002
CAPITAL ONE BANK USA
AMERICAN INFOSOURCE LP AS AGENT P.O. BOX 71083 CHARLOTTE, NC 28272-1083

1313976 2 003
CITY OF BOSTON COLLECTOR-TREAS
ATTN: BANKRUPTCY COORDINATOR ONE CITY HALL SQUARE, ROOM M-5 BOSTON, MA 02201

1313976 3 004
CITY OF BOSTON TREASURY DEPT
C/O JOHN F. HOUTON, JR., ESQ. ONE CITY HALL SQUARE, ROOM M-5 BOSTON, MA 02201

1313976 3 005
JEFFERSON CAPITAL SYSTEMS LLC
P.O. BOX 7999 ST. CLOUD, MN 56302-9617

1313976 3 006
QUANTUM3 GROUP LLC AS AGENT FOR
GALAXY PORTFOLIO LLC P.O. BOX 788 KIRKLAND, WA 98083-0788

1313976 1 007
US BANK TRUST NATIONAL
C/O SN SERVICING CORP    323 5TH ST EUREKA, CA 95501

1313976 3 008
AMERICAN EXPRESS
C/O BECKET & LEE LLP P.O. BOX 3001 MALVERN, PA 19355-0701

1313976 1 009
34 MOUNT EVERETT ST.CONDO TRUST
PAUL M. TELLIER 29 COMMONWEALTH AVENUE #700 BOSTON, MA 02116

1313976 3 010
U.S. DEPARTMENT OF EDUCATION
P.O. BOX 16448 ST.PAUL, MN 55116-0448

1313976 3 011
EMCC, INC ASSIGNEE OF BESTBUY
PO BOX 11499 MURFREESBORO, TN 37129

1313976 3 012
ARROW FINANCIAL SERVICES
5996 W.TOUGHY AVE NILES, IL 60714

1313976 3 017
CITIMORTGAGE, INC.
C/O HARMON LAW OFFICES, P.C. 150 CALIFORNIA STREET NEWTON, MA 02458

1313976 3 018
SN SERVICING CORP.
C/O MICHIENZIE & SAWIN, LLC 745 BOYLSTON STREET BOSTON, MA 02116

1313976 3 019
US BANK TRUST NATIONAL ASSOCIATION
C/O MICHIENZIE & SAWIN 745 BOYLSTON STREET 5TH FLOOR BOSTON, MA 02116