**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Kelvin Keith | Chapter: 13 |
| Debtor, | Case No: 13–13976 |
| | Judge Melvin S. Hoffman |

### NOTICE OF DISCHARGE REQUIREMENTS
(Official Local Form 12 Motion for Discharge and Affidavit)

**NOTICE IS HEREBY GIVEN** that the Chapter 13 trustee has filed the Trustee's Final Report and Account in the above referenced case.

**THE DEBTOR(S) IS/ARE HEREBY ADVISED** that there are two prerequisites which the debtor(s) must fulfill prior to obtaining a discharge in this Chapter 13 case.

  1.  The debtor must file a Motion for Entry of Discharge (Official Local Form 12–Motion for Entry of Discharge and Affidavit[1]) in accordance with Rule 13–22 in Appendix 1 of this Court's local rules.

  2.  The debtor must complete a U.S. Trustee–approved financial management course and file Official Form 423[2] certifying that the course was completed, or a certificate from the financial management course provider stating that the debtor completed the required course. **IMPORTANT NOTE:** If joint debtors, separate certificates must be filed.

**NOTICE IS FURTHER GIVEN** that failure of the debtor(s) to do both 1 and 2 above **within 30 days of the date of this Notice** may result in the case being closed without entry of a discharge. Once a case is closed, a motion to reopen the case will be required and a reopening fee will be charged.

Date:9/19/18                                                                 By the Court,


                                                                             Mary P. Sharon
                                                                             Clerk, U.S. Bankruptcy Court

---

1. Copies of this form and other Local Forms are available from the Court's website at  www.mab.uscourts.gov.

2. A copy of Official Form 423 is available from the U.S. Courts website at  www.uscourts.gov.

                                                                                                   38