# UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

In re: KELVIN KEITH      Case No.: 13-13976-MSH

Debtor(s)      Chapter 13 Bankruptcy

## NOTICE OF FINAL CURE PAYMENT

    Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full and that the Debtor(s) have completed all payments under the plan.

Name of Creditor:   US BANK TRUST NATIONAL

Trustee Claim No.:  007

Last four (4) digits of any number used to identify the Debtor's account: 7725

Final Cure Amount:

    Amount of Allowed Pre-Petition Arrearage:  $5,134.86

    Amount Paid by Trustee:     $5,134.86

Monthly Ongoing Mortgage Payment is Paid:

    ____ Through the Chapter 13 Trustee conduit      _X_ Direct by the Debtor

    Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor(s), Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with the Bankruptcy Code section 1322(b)(5), the Debtor is otherwise current on all the payments or be subject to further action of the Court including possible sanctions.

Dated: 09/21/2018      Respectfully submitted:

    /s/ Carolyn A. Bankowski
    Chapter 13 Trustee

0005-33-EPIM33-00105013-443290

# United States Bankruptcy Court
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

In Re:                                                                                       CASE NO: 13-13976-MSH

KELVIN KEITH

### Certificate of Service

The undersigned hereby certifies that on this date a copy of the Trustee's Notice of Final Cure Payment was served via first class mail postage prepaid, or by electronic notice, upon the debtor, debtor's counsel and creditor at the addresses set forth below.

---

RICHARD D. SMELOFF, ESQ
SMELOFF & ASSOCIATES 500 GRANITE AVE., SUITE 7 & 8 MILTON, MA 02186

KELVIN KEITH
34 MOUNT EVERETT STREET UNIT 3 DORCHESTER, MA 02125

US BANK TRUST NATIONAL
C/O SN SERVICING CORP    323 5TH ST EUREKA, CA 95501

---

Dated:  09/21/2018                                                                                 /s/ Carolyn A. Bankowski
                                                                                                        Chapter 13 Trustee