## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re | ) | Case No. 13-13976 – MSH |
| | ) | |
| Kelvin Keith | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE

The Debtor hereby moves the Court for entry of discharge. The required affidavit accompanies this motion.

Wherefore the Debtor respectfully requests that this Honorable Court allow the motion for entry of Chapter 13 Discharge.

                                                        Respectfully submitted,
                                                        Kelvin Keith

                                                        By his attorney,

Dated: October 30, 2018                            ***/s/ Richard D. Smeloff***
                                                        Richard D. Smeloff
                                                        Smeloff & Associates
                                                        500 Granite Street
                                                       3rd Floor
                                                        Milton MA 02186
                                                        (617) 690-2124
                                                        BBO# 567869

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re **Kelvin Keith** ) Case No. **13-13976-MSH**
)
) Chapter 13
)
)
Debtor(s). )
)

## AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DISCHARGE

In support of the Motion for Entry of Discharge, I / We, **Kelvin Keith** hereby certify as follows:

1. I / We have paid all domestic support obligations payable under any judicial or administrative order, or required by statute including:

    a. child support and spousal maintenance and alimony, that were due on or before the date of the motion, including all payments due under the plan for amounts due before the petition was filed; and
    b. any domestic support obligations that arose after the filing of the petition.

2. I / We have completed a financial management course pursuant to 11 U.S.C § 1328(g)(1) and filed a certification of completion with the Court.

3. I / We have:

    a. not claimed a homestead exemption in excess of the applicable cap described in 11 U.S.C. § 522(q)(1), or
    b. claimed a homestead exemption in excess of such cap but there is no proceeding pending in which the Debtors may be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B).

4. I / We hereby declare under the penalty of perjury that the foregoing is true and correct.

Date: **10/29/18**

Signed: **[signature]** Printed Name: **Kelvin Keith**

Signed: _____ Printed Name: _____

Address: **34 Mt. Everett St, Dorchester, MA 02125**

Telephone Number: **617-792-4859**

## CERTIFICATE OF SERVICE

I, Richard D. Smeloff, Esq., hereby certify that I have served a copy of the within Motion to the distribution service listed below

Dated: October 30, 2018

*/s/ Richard D. Smeloff, Esq.*

City of Boston Treasury Department
Bankruptcy Coordinator
City Hall Room M-5
One City Hall Square
Boston, MA 02201-1020

(p)SN SERVICING CORPORATION
323 FIFTH ST
EUREKA CA 95501-0305

U.S. Bank Trust National Association, as Tru
PO BOX 660820
Dallas, TX 75266-0820

34 Mount Everett Street Condominium Trust
Paul M. Tellier
Schofield Law Group, LLC
29 Commonwealth Avenue, Suite 700
Boston, MA 02116-2349

American Express
C/O Law Offices Of Gary H. Kreppel, P.C
1661 Worcester Rd Ste 401
Framingham, MA 01701-5405

American Express
Po Box 297871
Fort Lauderdale, FL 33329-7871

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Arrow Financial Services, LLC
C/O Law Offices Of Michael R Makynen
P.O Box 202
Hopkinton, MA 01748-0202

Arrow Financial Services, LLC Assignee
Of GE Money Bank Of Niles, IL
5996 W. Touhy Ave
Niles, IL 60714-4610

Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, Florida 33146-1837

CITY OF BOSTON TREASURY DEPARTMENT
BANKRUPTCY COORDINATOR
BOSTON CITY HALL ROOM M-5
ONE CITY HALL SQUARE
BOSTON, MA 02201-1020

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank
C/O Law Office Gary H Kreppel, P.C.
1661 Worcester Road, Suite 401
Framingham, MA 01701-5405

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Capital One Bank Usa
1120 West  Lake Co
Buffalo Grove, IL 60089-1970

Citi
C/O Lustig Glaser Wilson
PO Box 9127
Needham, MA 02492-9127

CitiMortgage, Inc.
P.O.Box 688971
Des Moines, IA 50368-8971

Citibank
C/O Lustig, Glaser & Wilson
P.O Box 549287
Waltham, MA 02454-9287

Citibank
Po Box 6241
Sioux Falls, SD 57117-6241

Citimortgage Inc
Po Box 9438,dept 0251
Gaithersburg, MD 20898-9438

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

EMCC, Inc
C/O Lustig, Glaser & Wilson
P.O Box 9127
Needham, MA 02492-9127

EMCC, Inc Assignee Of Bestbuy
P.O Box 11499
Murfreesboro, TN 37129-0030

Gemb/Whitehall
PO Box 981439
El Paso, TX 79998-1439

Hsbc/bstby
Pob 15521
Wilmington, DE 19850-5521

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Paul M. Tellier
Schofield Law Group, LLC
29 Commonwealth Avenue, Suite 700
Boston, MA 02116-2349

Quantum3 Group LLC as agent for
Galaxy Asset Purchasing LLC
PO Box 788
Kirkland, WA  98083-0788

RGR Property Management
140 Wood Road Suite 407
Braintree, MA 02184-2515

Sallie Mae
Po Box 9500
Wilkes Barre, PA 18773-9500

Sallie Mae Inc. on behalf of USAF
Attn: Bankruptcy Litigation Unit E3149
P.O. Box 9430
Wilkes-Barre, PA 18773-9430

US Bank Trust National Association, as Trust
c/o SN Servicing Corporation
323 5th Street
Eureka, CA 95501-0305

US Department of Education
PO Box 16448
St. Paul, MN 55116-0448

United Student Aid Funds, Inc (USAF)
PO Box 809142
Chicago, IL 606809142

Carolyn Bankowski-13-12
Chapter 13-12 Trustee Boston
P. O. Box 8250
Boston, MA 02114-0950

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109-3901

Kelvin Keith
34 Mount Everett Street
Unit 3
Dorchester, MA 02125-2436

SN Servicing Corporation
Bankruptcy Dept.
323 5th Street
Eureka, CA 95501

Cap One
Po Box 85520
Richmond, VA 23285

Dell Financial Services
PO Box 81577
Austin, TX 78708

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-9617